# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,

        Plaintiff,


v.                 **ORDER**
                   Criminal File No. 3:96-114 (MJD/JGL)

(1) WILLIAM CHARLES PUGH,

        Defendant.

_____

Mary Trippler, Assistant United States Attorney, Counsel for Plaintiff.

Rachel C. Delich, Larkin, Hoffman, Daly & Lindgren, Ltd., Counsel for Defendant.

_____

The above-entitled matter comes before the Court upon Defendant William Pugh's Appeal of the Order of Chief United States Magistrate Judge Jonathan Lebedoff dated August 18, 2005. This Court will reverse a magistrate judge's order on a nondispositive issue only if it is clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); D. Minn. L.R. 72.1(b)(2).

The Court has reviewed the applicable law and Defendant's objections and finds that the Chief Magistrate Judge correctly applied the law and that the Order is not clearly erroneous. Based on this Court's review of the record, the Court **AFFIRMS** the Chief Magistrate Judge's Order dated August 18, 2005.

1

**IT IS HEREBY ORDERED** that

Chief Magistrate Judge Jonathan Lebedoff's Order dated August 18, 2005, [Docket No. 300] is **AFFIRMED**.


Dated: September 26, 2005                    s/ Michael J. Davis_____
                                             Judge Michael J. Davis
                                             United States District Court

2