UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.   **ORDER**
      Criminal File No. 3:96-114 (MJD/JGL)

(1) WILLIAM CHARLES PUGH,

      Defendant.
_____

Mary Trippler, Assistant United States Attorney, Counsel for Plaintiff.

Rachel C. Delich, Larkin, Hoffman, Daly & Lindgren, Ltd., Counsel for Defendant.
_____

    The above-entitled matter comes before the Court upon the Report and Recommendation of Chief United States Magistrate Judge Jonathan Lebedoff dated August 18, 2005. Defendant William Pugh has filed objections to the Report and Recommendation.

    Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based on that review the Court adopts the Report and Recommendation dated August 18, 2005.

    **IT IS HEREBY ORDERED** that

    1.    The Magistrate Judge's Report and Recommendation dated August 18, 2005, [Docket No. 301] is **ADOPTED**.

2. Defendant William Pugh's garnishment objections are **OVERRULED**.


Dated: September 26, 2005             s/ Michael J. Davis
                                      Judge Michael J. Davis
                                      United States District Court